IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RAY JONES, | No. 2:12-cv-1190-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| GIPSON, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 7) to file a response to the court's order to show cause. Good cause appearing therefor, the request is granted. Plaintiff shall file his response within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: August 8, 2012

                                                  */s/ Craig M. Kellison*
                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE