IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RAY JONES, | No. 2:12-cv-1190-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| GIPSON, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party was served or appeared in the action.  The Ninth Circuit Court of Appeals remanded this matter for the limited purpose of granting or denying a certificate of appealability.  Petitioner has also filed a motion for certificate of appealability (Doc. 25)

      Before petitioner can appeal a decision from this court, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  Where the petition is denied on the merits, a certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

1  § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

2  satisfy the required showing or must state the reasons why such a certificate should not issue.

3  See Fed. R. App. P. 22(b).  Where the petition is dismissed on procedural grounds, a certificate

4  of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

5  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

6  reason would find it debatable whether the petition states a valid claim of the denial of a

7  constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.

8  McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

9  　　　　Here, the court determined, and plaintiff acknowledged, that the petition filed in

10  this matter was a second or successive petition filed without proper authorization.  As such, this

11  court lacked jurisdiction to adjudicate the petition on the merits.  Therefore, the court finds that

12  issuance of a certificate of appealability is not warranted in this case.

13  　　　　Accordingly, IT IS HEREBY ORDERED that no certificate of appealability is

14  warranted in this case, and petitioner's request therefor (Doc. 25) is denied.

15

16  　DATED:  April 4, 2014

17  　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison

18  　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26